IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–6–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JANE AMI MCGOVERN, | |
| Defendant. | |

Upon Defendant's unopposed motion (Doc. 96) and for good cause appearing,

IT IS ORDERED that Defendant's motion (Doc. 96) is GRANTED. The document lodged at (Doc. 96) is SEALED and DEEMED FILED.

DATED this 9th day of January, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1